Geoffrey M. Ezgar (State Bar No. 184243)
gezgar@kslaw.com
King & Spalding LLP
333 Twin Dolphin Drive
Suite 400
Redwood Shores, CA 94065
Telephone:  +1 650 590 0700
Facsimile:  +1 650 590 1900

*Counsel for Defendants IPCO, LLC and SIPCO, LLC*

Justin H. Sanders (State Bar No. 211488)
jsanders@sandersroberts.com
John L. Lin (State Bar No. 191266)
jlin@sandersroberts.com
SANDERS ROBERTS LLP
355 South Grand Avenue
Suite 2450
Los Angeles, California  90071
Telephone: (213) 943-1314
Facsimile: (213) 234-4581

*Counsel for Plaintiffs Edwin B. Brownrigg and CommUnique Wireless, LLC*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EDWIN B. BROWNRIGG, an individual; COMMUNIQUE WIRELESS, LLC, a California limited liability company,<br><br>Plaintiffs,<br>v.<br><br>IPCO, LLC dba INTUSIQ, LLC, a Georgia limited liability company; SIPCO, LLC, a Georgia limited liability company; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.  2:13-CV-00621-JAM-DAD<br><br>**ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT** |

The Parties filed their stipulation extending Defendants' time to answer, move, or otherwise respond to Plaintiff's Complaint through and including June 28, 2013. After due consideration and for good cause shown, such extension is GRANTED.

It is therefore ORDERED that Defendants IPCO, LLC and SIPCO, LLC shall file their response to Plaintiffs' Complaint on or before June 28, 2013.

This 19th day of April, 2013.

/s/ John A. Mendez\
The Honorable John A. Mendez\
United States District Court Judge

2

[Proposed] Order Extending Time for Defs. to Respond to Pls.' Compl.   Case No. 2:13-CV-00621-JAM-DAD