| | |
|---|---|
| 1 | Geoffrey M. Ezgar (State Bar No. 184243) |
|   | gezgar@kslaw.com |
| 2 | King & Spalding LLP |
|   | 333 Twin Dolphin Drive |
| 3 | Suite 400 |
|   | Redwood Shores, CA 94065 |
| 4 | Telephone:  +1 650 590 0700 |
|   | Facsimile:  +1 650 590 1900 |
| 5 | |
|   | *Counsel for Defendants IPCO, LLC and SIPCO, LLC* |
| 6 | |
|   | Justin H. Sanders (State Bar No. 211488) |
| 7 | jsanders@sandersroberts.com |
|   | John L. Lin (State Bar No. 191266) |
| 8 | jlin@sandersroberts.com |
|   | SANDERS ROBERTS LLP |
| 9 | 355 South Grand Avenue |
|   | Suite 2450 |
| 10 | Los Angeles, California  90071 |
|   | Telephone: (213) 943-1314 |
| 11 | Facsimile: (213) 234-4581 |
| 12 | |
| 13 | *Counsel for Plaintiffs Edwin B. Brownrigg and CommUnique Wireless, LLC* |
| 14 | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EDWIN B. BROWNRIGG, an individual; COMMUNIQUE WIRELESS, LLC, a California limited liability company, | Case No. 2:13-CV-00621-JAM-DAD |
| | **ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT** |
| Plaintiffs, | |
| v. | |
| IPCO, LLC dba INTUSIQ, LLC, a Georgia limited liability company; SIPCO, LLC, a Georgia limited liability company; and DOES 1 through 25, inclusive, | |
| Defendants. | |

The Parties filed their stipulation extending Defendants' time to answer, move, or otherwise respond to Plaintiff's Complaint through and including August 30, 2013. After due consideration and for good cause shown, such extension is GRANTED.

It is therefore ORDERED that Defendants IPCO, LLC and SIPCO, LLC shall file their response to Plaintiffs' Complaint on or before August 30, 2013.

This 24th day of July, 2013.

/s/ John A. Mendez_____
The Honorable John A. Mendez
United States District Court Judge